## Steven E. Chapin, Plaintiff-Appellee, v. Lillian Raven and Robert Blevitzky, Also Known as Robert Blevitt, Defendants-Appellants.

### Gen. No. 47,797.

First District, Second Division.
December 31, 1959.
Released for publication January 19, 1960.

Joseph Ash and George J. Anos (Howard Harris, of counsel) for defendants-appellants; Torme, Kanter, and Horwich (Joseph H. Horwich, of counsel) for plaintiff-appellee. Opinion by JUSTICE KILEY. Not to be published in full.